# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| **DAVID FACINCANI and BECKY FACINCANI,**<br><br>    Plaintiffs,<br><br>  v.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>    Defendant. | **Cause No. CV 07-31-H-CCL**<br><br>**ORDER** |

Upon consideration of the Stipulation for Dismissal entered into between the parties,

IT IS HEREBY ORDERED that the claims of plaintiffs, David Facincani and Becky Facincani, against defendant, United States, are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

**DATED** this 26th day of February, 2009.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE